JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGEL JAIMEZ, | ) | Case No. CV 14-9389-JFW (KK) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| M.D. BITER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: <u>July 6, 2015</u>

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE